1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11  MICHAEL LIEBER, Individually and on      )   Case No.: 3:12-cv-03202-MMC
    Behalf of All Others Similarly Situated, )
12                                            )
                 Plaintiff,                   )
13                                            )   [PROPOSED] ORDER GRANTING
           v.                                 )   APPLICATION FOR ADMISSION OF
14                                            )   ATTORNEY PRO HAC VICE
    FACEBOOK, INC., et al.,                   )
15                                            )
                 Defendants.                  )
16                                            )
                                              )
17

18     Andrew Ditchfield, whose business address and telephone number is

19              Andrew Ditchfield
                DAVIS POLK & WARDWELL LLP
20              450 Lexington Avenue
                New York, New York 10017
21              Telephone: (212) 450-4000

22  and who is an active member in good standing of the bar of the United States District Court for the

23  Southern District of New York, having applied in the above-entitled action for admission to

24  practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25  Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26  Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

27  Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC

28                                           1

1 Capital Markets LLC; Blaylock Robert Van LLC; BMO Capital Markets Corp.; C.L. King &
2 Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.; Cowen and Company,
3 LLC; E*TRADE Securities LLC; Itau BBA USA Securities, Inc.; Lazard Capital Markets LLC;
4 Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company; Macquarie Capital
5 (USA) Inc.; Muriel Siebert & Co., Inc; Oppenheimer & Co. Inc.; Pacific Crest Securities LLC;
6 Piper Jaffray & Co.; Raymond James & Associates, Inc.; Samuel A. Ramirez & Company, Inc.;
7 Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; and William Blair &
8 Company, LLC.

9     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice.* Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, *Electronic Case Filing*.

15 Dated: July 26, 2012

16 _____
17 The Honorable Maxine M. Chesney
   United States District Judge

28 2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-03202-MMC