IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY LAPIN,<br><br>    Plaintiff,<br>  v.<br><br>FACEBOOK, INC., et al.<br><br>    Defendants. | No. C-12-3195 MMC<br><br>**ORDER VACATING AUGUST 10, 2012 HEARING ON PLAINTIFFS' MOTIONS TO REMAND AND DEFENDANTS' MOTIONS FOR STAY OF PROCEEDINGS** |
| VERNON R. DEMOIS, JR.,<br><br>    Plaintiff,<br>  v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | No. C-12-3196 MMC |
| DARRYL LAZAR,<br><br>    Plaintiff,<br>  v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | No. C-12-3199 MMC |
| EDWARD SHIERRY,<br><br>    Plaintiff,<br>  v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | No.-C-12-3200 MMC |

| | |
|---|---|
| 1  KAREN CUKOR, et al., | No. C-12-3201 MMC |
| 2      Plaintiffs, | |
|         v. | |
| 3  FACEBOOK, INC., et al., | |
| 4      Defendants. | |
| 5  _____ | |
| 6  MICHAEL LIEBER, | No. C-12-3202 MMC |
| 7      Plaintiff, | |
|         v. | |
| 8  FACEBOOK, INC., et al., | |
| 9      Defendants. | |
| 10 _____ | |
| 11 JENNIFER STOKES, | No. C-12-3203 MMC |
| 12     Plaintiff, | |
|         v. | |
| 13 FACEBOOK, INC., et al. | |
| 14     Defendants. | |
| 15 _____/ | |

Before the Court are defendants' motions for a stay of proceedings, filed June 21, 2012 in each of the above-titled cases, and plaintiffs' motions to remand, filed June 22, 2012 in each of the above-titled cases. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for August 10, 2012.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2